# Court of Appeals
# of the State of Georgia

ATLANTA, June 23, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1698. LARRY CHARLES v. THE STATE.**

Larry Charles was convicted of armed robbery, possession of a firearm during the commission of a felony, and obstruction of a law enforcement officer. Charles filed a motion for new trial, which the trial court denied, and this Court affirmed his conviction on appeal in an unpublished opinion. See Case No. A12A0729 (affirmed April 25, 2012). Charles subsequently filed an extraordinary motion for new trial, which the trial court denied. Charles then filed this direct appeal. We lack jurisdiction.

Pretermitting whether this appeal was timely filed, an order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Charles's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/23/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.